| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 1:09CR10013-006 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 3:13-00165-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Sara Pate<br>105 Laken Lane<br>Dickson, TN 37055 | Western District/Tennessee | Eastern Division |
| | NAME OF SENTENCING JUDGE | |
| | J. Daniel Breen | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/10/2011 — TO 08/09/2014 |

| OFFENSE |
|---|
| 21 U.S.C. §846 - Conspiracy to Manufacture and Attempt to Manufacture/Possess with Intent to Distribute and Distribution of 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Western____ DISTRICT OF ____Tennessee____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Middle District of Tennessee____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/14/12
*Date*      *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Middle____ DISTRICT OF ____Tennessee____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-1-13
*Effective Date*      *United States District Judge*